<u>NOT FOR PUBLICATION</u>                                                                                               (Docket No. 26)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| JAMES DAVIS, on behalf of himself and all others similarly situated, as defined herein | : : : : : : | |
| Plaintiff, | : : | Civil No. 07-630 (RBK) |
| v. | : : : : | **ORDER** |
| DELL, INC., | : : | |
| Defendant. | : : | |

**THIS MATTER HAVING COME BEFORE THE COURT** on the appeal of Plaintiff James Davis ("Plaintiff") of the decision of Magistrate Judge Ann Marie Donio granting the motion of Defendant Dell, Inc. ("Defendant") to stay the proceedings and compel arbitration; and the Court having considered the Plaintiff's objections and the opposition thereto; and for the reasons expressed in the accompanying Opinion;

**IT IS HEREBY ORDERED** that Plaintiff's appeal is **DENIED**. The decision of Magistrate Judge Donio staying the case and compelling arbitration is **AFFIRMED**.

Dated:  8-15-08                                                                    /s/ Robert B. Kugler
                                                                                              ROBERT B. KUGLER
                                                                                              United States District Judge